Matter of Schneider (2023 NY Slip Op 02369)

Matter of Schneider

2023 NY Slip Op 02369

Decided on May 4, 2023

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:May 4, 2023

PM-93-23
[*1]In the Matter of Caroline Catherine Schneider, Also Known as Caroline Schneider Djamalov, an Attorney. (Attorney Registration No. 5250287.)

Calendar Date:May 1, 2023

Before:Egan Jr., J.P., Clark, Pritzker, Ceresia and McShan, JJ.

Caroline Catherine Schneider, Seattle, Washington, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany, for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Caroline Catherine Schneider was admitted to practice by this Court in 2014 and lists a business address in Queens County with the Office of Court Administration. Schneider now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Schneider's application.
Upon reading Schneider's affidavit sworn to August 28, 2018 and filed September 4, 2018, and upon reading the April 24, 2023 correspondence in response by the Chief Attorney for AGC, and having determined that Schneider is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.
Egan Jr., J.P., Clark, Pritzker, Ceresia and McShan, JJ., concur.
ORDERED that Caroline Catherine Schneider's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Caroline Catherine Schneider's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Caroline Catherine Schneider is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Schneider is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Caroline Catherine Schneider shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.